IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CAEZ-FERMAINT et al,**

 Plaintiff,

v.

**STATE INSURANCE FUND CORPORATION,**

**Defendant**.

**CIVIL NO. 15-3050 (GAG)**

## JUDGMENT STAYING CASE

Pursuant to the court's order at Docket No. 111, Judgment is hereby entered **STAYING** this case.  This case will remain administratively closed.

**SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of July, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge